IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROLAND M. MURRAY
ADC # 90500                                                                          PLAINTIFF

v.                                        No. 5:11-cv-333-DPM

RAY HOBBS, Director,
Arkansas Department of Corrections;
WENDY KELLY, Deputy Director,
Arkansas Department of Corrections;
DOUGLAS M. SELL, Clinical Director,
Ouachita River Correctional Unit;
ROBERT A. PARKER, Mental Health
Administrator, Arkansas Department
of Correction                                                                      DEFENDANTS

## JUDGMENT

Murray's complaint is dismissed without prejudice as to Sell and Parker and with prejudice as to Hobbs and Kelly.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 October 2012